Print Form

Instructions for use:

1. Check the above box "Highlight Fields"
   to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with
   the court..

FILED        ENTERED
LODGED       RECEIVED

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF WASHINGTON**

APR 25 2016        ST

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY        WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

Plaintiff(s)

Dick FALKENBURY

vs.

Sound Transit
Dow Constantine
Bob Ferguson
Kim Wyman

Defendant(s),

# 16 - CV - 00600 JCC

**COMPLAINT**

## Parties to this Complaint:

Plaintiff's Name, Address and Phone Number

Dick FALKENBURY
7547  32 NE
Seattle, WA 98115      (206) 390 2407

Defendant's Name, Address and Phone Number

Sound Transit (C.P.S.R.T.A.)
401 So. Jackson St.
Seattle, WA. 98104.2826    (206) 398 5186

Defendant's Name, Address and Phone Number

Dow Constantine, King County Ex.
401 5th Ave #800
Seattle, WA. 98104    (206) 263.9100

Defendant's Name, Address and Phone Number

Bob Ferguson, Atty General of Washington
1125 Washington St. SE.  P.O.Box 40100
Olympia, WA. 98504   (360)753-6200

(If you have more defendants, list them using the same outline on another piece of paper.
Attach additional sheets, if necessary)

**Jurisdiction**
(Reason your case is being filed in federal court)

The Court has jurisdiction under 28 U.S.C.
1331 and 1343, and the 14th Amendment of
U.S. Constitution.

**Statement of Claim:**
(State here as briefly as possible the facts of your case.)

16 of 17 members of the Board of
Directors of Sound Transit are elected
officials, appointed (RCW 81.112.040).
Each board member, with equal vote on the
Board of Directors is elected in districts
with highly divergent numbers of people
and voters.
See "Cunningham Vs. Metro" 751 F. Supp 885
(W.D. Wash. 1990)

1

Defendant's Name, Address and Phone Number

2

Kim Wuman, Sec'ty of State Wash.

3

Leaislative Blding   P.O. Box 40220

4

Olympia, WA. 98504-0220 (360)725.0344

5

(If you have more defendants, list them using the same outline on another piece of paper.
Attach additional sheets, if necessary)

6

7

**Jurisdiction**
(Reason your case is being filed in federal court)

8

9

10

11

12

**Statement of Claim:**
(State here as briefly as possible the facts of your case.)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Statement of Claim**
(continued):

**Relief:**
(State briefly exactly what you want the court to do for you)

The Court should enjoin the Board of
Directors of Sound Transit from making
major decisions, signing contracts in
excess of $100 million, or placing
any question before the voters of the
Central Puget Sound Regional Transit
Authority until the state shall
reconstitute the Board of Directors in
such a manner as to align with
'one person, one vote' or some other
method obedient to the U.S.
Constitution.

**Jury Demand:**
(Optional)

_____          _____
Date                     Signature of Plaintiff