```
                                    ___ FILED      ___ ENTERED
                                    ___ LODGED     ___ RECEIVED

                                         MAY 09 2016    JMG
                                              AT SEATTLE
                                         CLERK U.S. DISTRICT COURT
                                       WESTERN DISTRICT OF WASHINGTON
                                    BY                         DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

DICK FALKENBURY,

Plaintiff(s),

v.

Sound Transit, Et.Al.,

Defendant(s).

Case No. 16-CV-00600 JCC

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Please issue summons related to this case, noted above.
Sound Transit
Dow Constantine
Bob Ferguson
Kim Wyman

5/9/16
Dated

[signature]
Sign or use an "s/" and your name

Dick FALKENBURY
7547 32 NE
Seattle, WA. 98115
(206) 390 2407

Name, Address, and Phone Number of Counsel or Pro Se

(margin note: Summons Iss.)

PRAECIPE                    Page 1 of 1